RECEIVED

OCT 2 7 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| OMAR PEREZ, Petitioner | CIVIL ACTION NO. 1:17-CV-908-P |
| VERSUS | JUDGE JAMES T. TRIMBLE JR. |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the § 2241 petition is hereby DENIED and DISMISSED, with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 27th day of October, 2017.

JAMES T. TRIMBLE JR.
UNITED STATES DISTRICT JUDGE